## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**DEL ANDRA MCGILL,**

      *Plaintiff,*

v.                            **Case No.: 4:23cv162-MW/MAF**

**FDC TALLAHASSEE, et al.,**

      *Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating "Plaintiff's complaint is **DISMISSED with prejudice** as frivolous under 28 U.S.C. §§ 1915A(b)(1) & 1915(e)(2)(B)(i). The complaint is also due to be dismissed as a shotgun pleading and for failure to comply with court orders pursuant to Federal Rule of Civil

Procedure 41(b) and N.D. Fla. Loc. R. 41.1." The Clerk shall close the file.

**SO ORDERED on July 18, 2023.**

**s/Mark E. Walker**
**Chief United States District Judge**
